IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BROADCAST MUSIC, INC., BEECHWOOD
MUSIC CORPORATION, SONY/ATV
SONGS, LLC., D/B/A SONY/ATV ACUFF
ROSE MUSIC, R-KEY DARKUS
PUBLISHING, ORBI-LEE PUBLISHING,
BARBARA A. ORBISON 2003 REVOCABLE
TRUST, D/B/A BARBARA ORBISON
MUSIC COMPANY, EMI VIRGIN SONGS,
INC., D/B/A EMI LONGITUDE MUSIC,
BINKY MUSIC COMPANY, EMI
BLACKWOOD MUSIC, INC., AND
UNIVERSAL MUSIC-Z TUNES, LLC.,
D/B/A UNIVERSAL MUSIC Z-SONGS,

    Plaintiffs,

 v.

P.T.B., INC, D/B/A CRUISIN' CHUBBY'S
GENTLEMEN'S CLUB and PETER
FREDERICK BEYER, Individually,

    Defendants.

ORDER

14-cv-632-jdp

---

I am disqualifying myself in this case pursuant to 28 U.S.C. § 455.

Entered this 10th day of December, 2014.

                BY THE COURT:
                /s/

                JAMES D. PETERSON
                District Judge